IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

    Plaintiff,          No. CIV S-09-2164 DAD P

    vs.

SACRAMENTO COUNTY MAIN JAIL, et al.,

    Defendants.      ORDER

/

       Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $350.00 or filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

       Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a jail official, and the form must be accompanied by a certified copy of plaintiff's trust account statement for the six-month period immediately preceding the filing of this action.

/////

/////

1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1. Plaintiff shall submit, within thirty days from the date of this order, either the
3  $350.00 filing fee or a properly completed application to proceed in forma pauperis on the form
4  provided with this order; plaintiff is cautioned that failure to comply with this order or seek an
5  extension of time to do so will result in a recommendation that this action be dismissed without
6  prejudice; and

7      2. The Clerk of the Court is directed to send plaintiff an Application to Proceed
8  In Forma Pauperis By a Prisoner for use in a civil rights action.

9  DATED: September 11, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
weav2164.3a

2